Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Kenneth A Hawkins      **Case Number:** 03CR10010

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, Senior U.S. District Judge

**Date of Original Sentence:** October 16, 2003

**Original Offense:** Possession of Firearm and Ammunition by Felon, in violation of 18 USC § 922(g)(1); Possession of a Firearm and Ammunition by a Fugitive, in violation of 18 USC § 922(g)(8); Possession of Cocaine Base with Intent to Distribute, in violation of 21 USC § 841(a)(1); Possession of Marijuana with intent to Distribute, in violation of 21 USC § 841(a)(1); Carrying a Firearm During and in Relation to Drug Trafficking Crimes and Possession of Firearms in Furtherance of Such Crimes, in violation of 18 USC § 924(c)(1)

**Original Sentence:** 180 months of custody followed by 60 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** December 31, 2015

## NON-COMPLIANCE SUMMARY

The purpose of this report is to notify the Court that a Trial Court of Massachusetts Abuse Prevention Order, Dkt. # 1906RO0008 (Boston Municipal Court, West Roxbury Division) names Mr. Kenneth Hawkins as a defendant in a case involving plaintiff Silvana Andrews on behalf of (OBO) Keni Devine Andrews (daughter of Silvana Andrews and Kenneth Hawkins). This order indicates that Mr. Hawkins is: (a) not to abuse the plaintiff; (b) not to contact the plaintiff and stay at least 100 yards from the plaintiff; (c) immediately leave and stay away from the plaintiff's residence; (d) stay away from the plaintiff's workplace; and (e) stay away from the plaintiff's school. This order was issued on 1/4/19. On 1/18/19, this order was extended until 1/17/20. Currently, there are no criminal charges associated with this abuse prevention order. In an affidavit associated with the abuse prevention order, Ms. Andrews alleged that on or about 11/11/18, "Kenneth Hawkins punched my daughter in the face after we had an altercation and he attempted to punch her again and hit my baby. The reason I didn't call the police was because he just did a 15 yr. federal bid and I didn't want to be the reason he goes back forever and I was scared. Now yesterday we had child support court and I walked by him and he asked if I was sure I wanted to do this. I said yes. He told me then he's taking my son from me. Called me unfit and I said I'm unfit but you punched our daughter in her face though. He said 'and every time I see her I'm a fuck her up.' I told him when I leave I'm getting a restraining order he said 'I just did 180 months I aint scared of jail.' I just want to make sure my child isn't harmed again.

The Probation Office became aware of the above noted abuse prevention order on 1/18/19. On 1/18/19, Mr. Hawkins called this officer to provide notification about the above-noted abuse prevention order and denied that he had been served with the original order dated 1/4/19. Mr. Hawkins denied the allegations Ms. Andrew's Affidavit and stated that Ms. Andrews has ulterior motives for filing the order. Mr. Hawkins indicated that he intended on adhering to the conditions of the order. This officer directed Mr. Hawkins to abide by the terms of the abuse prevention order and coached Mr. Hawkins on: (a) thinking clearly; (b) avoiding any contact with Ms. Andrews; and (c) keeping this officer informed of any changes or additional information. This officer informed Mr. Hawkins that the Court would receive notification regarding the abuse prevention order.

On 1/18/19, this officer called Silvana Andrews to follow up regarding the abuse prevention order. This officer

advised Ms. Andrews to call local law enforcement immediately if she has any concerns for her safety, or the safety of Keni Andrews; or that Mr. Hawkins has violated any terms of the abuse prevention order. This officer shared his contact information and indicated that Ms. Andrews could contact probation staff with any questions or concerns. Ms. Andrews indicated that she had not yet filed any criminal charges against Mr. Hawkins. However, she stated that she was considering her options.

As there are currently no associated criminal charges, the Probation Office respectfully requests no action from the Court. This officer will continue to closely monitor Mr. Hawkins in the community. If any new information surfaces concerning these incidents, we will notify the Court and provide a recommendation. This document serves as a notification of the non-compliance.

U.S. Probation Officer Action:

Reviewed/Approved by:                                              Respectfully submitted,

/s/ Lisa Paiva                                                     /s/ Justin Prophet
Lisa Paiva                                                         by Justin Prophet
Supervisory U.S. Probation Officer                                 U.S. Probation Officer
                                                                   Date:          1/23/2019

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved: Notification Accepted
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Honorable George A. O'Toole
Senior U.S. District Judge

_____1/23/19_____
Date